# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-0971
_____

KAREN LINDSEY,

   Appellant,

   v.

TIMOTHY KING,

   Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Lacey Powell Clark, Judge.

March 13, 2024

PER CURIAM.

   AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____


Karen Lindsey, pro se, Appellant.

No appearance for Appellee.